[No. 34599-4-II.   Division Two.   March 20, 2007.]

Sharyn McPherson et al., *Appellants*, v. GE Medical Systems Information Technologies, Inc., et al., *Defendants*, Charles Sandoval et al., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01099-1, Wm. Thomas McPhee, J., entered March 31, 2006. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 34695-8-II.   Division Two.   March 20, 2007.]

The State of Washington, *Respondent*, v. Michael Weldon Fletty, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00208-3, Robert L. Harris, J., entered April 13, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 34877-2-II.   Division Two.   March 20, 2007.]

The State of Washington, *Respondent*, v. Timothy James Parker, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00951-2, Richard D. Hicks, J., entered May 18, 2006. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.